# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2987

Craig Alford v. Baylor, et al

(District Court No. 1-20-cv-01787)

# O R D E R

The Motion for leave to proceed in forma pauperis will be held in abeyance pending submission of additional documents. Appellant must submit:

Motion Demonstrating Imminent Danger of Serious Physical Injury.

**Failure to submit the form(s) within fourteen days of the date of this order will result in the dismissal of the appeal without further notice. See 3rd. Cir. LAR Misc. 107.**

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: November 27, 2023

CJG/cc:     Craig Alford